**Electronically Filed
Supreme Court
SCWC-16-0000365
17-MAY-2021
02:36 PM
Dkt. 5 OGAC**

SCWC-16-0000365

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JOE CROFFORD,
Petitioner/Plaintiff-Appellee,

vs.

KRISTI ADACHI,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000365; FC-D NO. 13-1-7625)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellee's Application for Writ of Certiorari filed on April 3, 2021, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, May 17, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

